# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ROSA MARIE & MICHAEL E. CROSTON-MARTINEZ |
| **Case Number:** | 2:03-bk-01282-CGC  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 30, 2005 02:30 PM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | STACY PAVESE |

### *Matters:*

1) DEBTORS OBJECTION TO PROOF OF CLAIM FILED BY BILL STEPHENS
   **R / M #:**   0 / 0

2) DEBTORS OBJECTION TO MICHAEL MCCRINDLE
   **R / M #:**   0 / 0

3) DEBTORS OBJECTION TO PROOF OF CLAIM FILED BY STOOPS, DENOIS AND WILSON
   **R / M #:**   0 / 0

4) DEBTORS OBJECTION TO THE VAN SICKLE TRUST  (CLAIM #25)
   **R / M #:**   0 / 0

5) DEBTORS OBJECTION TO CLAIM OF VAN SICKLE TRUST  (CLAIM # 27)
   **R / M #:**   0 / 0

6) DEBTORS OBJECTION TO PROOF OF CLAIM FILED BY NLR
   **R / M #:**   0 / 0

7) DEBTORS OBJECTION TO CLAIM #6 MAX RECOVERY
   **R / M #:**   157 / 0

8) DEBTORS OBJECTION TO CLAIM #158 MAX RECOVERY
   **R / M #:**   158 / 0

9) DEBTORS OBJECTION TO CLIM #5 ECAST SETTLEMENT CORP.
   **R / M #:**   159 / 0

10) DEBTORS OBJECTION TO CLAIM #9 AMERICAN EXPRESS
    **R / M #:**   160 / 0

11) DEBTORS OBJECTION TO CLAIM #161  ARIZONA DEPARTMENT OF REVENUE
    **R / M #:**   161 / 0

12) DEBTORS OBJECTION TO CLAIM #162 IRS
    **R / M #:**   162 / 0

### *Appearances:*

RICK SHERMNA, ATTORNEY FOR VAN SICKLE FAMILY TRUST
JOE ACOCELLA, ATTORNEY FOR FORMER TRUSTEE ROBERT DAVIS
MICHAEL MCCRINDLE, PRO SE CLAIMANT
STEVE NEMECEK, ATTORNEY FOR TRUSTEE

# Minute Entry

(continue)...   2:03-bk-01282-CGC           WEDNESDAY, MARCH 30, 2005 02:30 PM

## *Proceedings:*

THE COURT NOTES THIS IS THE TIME SET FOR THE HEARINGS ON OBJECTIONS TO PROOFS OF CLAIM FILED BY MR. CROSTON WHO IS NOT PRESENT.

Mr. Nemecek advises he was contacted Friday by Mr. Flores who is the new Chapter 7 Trustee; he notes his employment application was filed. Mr. Nemecek advises he has no information on this case and he is trying to coordinate with Allen and Sala who withdrew due to a conflict of interest.

Mr. Sherman discusses claim #'s 25 and 27 filed by the Van Sickle Family Trust. He argues the objection filed by Mr. Croston has no merit and he asks the Court to overrule the objection filed by Mr. Croston.

Mr. McCrindle argues he has a valid proof of claim and he provides a copy of the judgment to the Court.

Mr. Acocella advises his claim is not before the Court today. He discusses the Application for Default filed by Mr. Croston and advises the a hearing on the Motion to Dismiss Adversary proceeding is set in early May.

COURT: IT IS ORDERED SUSTAINING THE OBJECTION TO CLAIM #25 AS MOOT AND ORDERED OVERRULING THE OBJECTION TO CLAIM #27.

IT IS FURTHER ORDERED OVERRULING THE OBJECTION TO CLAIM #17 OF MICHAEL MCCRINDLE.

WITH REGARD TO OTHER MATTERS WHERE THERE WERE NO APPEARANCES ON CLAIMS #18, 22, 16, 6, 7, 5, 9, 10, 12, AS TO EACH OF THOSE THE COURT DENYS THEM WITHOUT PREJUDICE UNTIL SUCH TIME THE TRUSTEE HAS AN OPPORTUNITY TO REVIEW THE MATTERS TO SEE WHAT POSITION HE MAY HAVE.